UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

5:22-mc-128

## DESIGNATION OF THE
## HONORABLE MAGISTRATE JUDGE CHRISTIAN F. HUMMEL
## FOR SERVICE WITHIN THE DISTICT OF VERMONT

Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed.

Due to the emergency resulting from the disqualification of all of the District of Vermont's judges under 28 U.S.C. § 455(a) in civil cases *Jeffrey Lamothe v. Colleen Brown, Case No. 22-cv-00161; Jeffrey Lamothe v. Bankruptcy Court et al., Case No. 22-cv-00162; Jeffrey Lamothe v. Bankruptcy Court et al., Case No. 22-cv-00163; and Jeffrey Lamothe v. Heather Cooper, et al., Case No. 22-cv-00164,* the District of Vermont has certified the need for magistrate judge assistance from the Northern District of New York. Accordingly, it is hereby

**ORDERED**, with the concurrence of the Honorable Brenda K. Sannes, Chief United States District Judge of the Northern District of New York, that United States Magistrate Judge Christian F. Hummel is designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c) in the District of Vermont for the purpose of adjudicating the above-referenced cases. This designation shall remain in effect until all of the aforementioned cases have been resolved.

Dated at Burlington, within the District of Vermont, this 15th day of September, 2022.

_____
Geoffrey W. Crawford
Chief Judge

Cc: Hon. Debra Ann Livingston, Chief Circuit Judge, Second Circuit Court of Appeals
    Hon. Brenda Sannes, Chief U.S.D.J., Northern District of New York
    Hon. Christian F. Hummel, U.S.M.J, Northern District of New York
    Catherine Wolfe, Clerk of Court, Second Circuit Court of Appeals
    John Domurad, Clerk of Court, District of Vermont